IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DANIEL L. RAGONESE,                          :
                                             :
            Plaintiff,                       :
                                             :
      v.                                     :        Civil Action No. 20-1636-RGA-MPT
                                             :
KILOLO KIJAKAZI, Acting,                     :
Commissioner of Social Security,             :
                                             :
            Defendant.                       :

**ORDER**

This _____ day of January 2022, upon consideration of the Magistrate Judge's Report

and Recommendation dated November 24, 2021, and no objections to the Report and

Recommendation having been received, and the Court having reviewed the matter and being

convinced that the Magistrate Judge's Report and Recommendation is legally and factually

correct, IT IS HEREBY ORDERED:

    1. The Report and Recommendation (D.I. 17) is **ADOPTED**.

    2. Plaintiff's motion for summary judgment (D.I. 12) is **GRANTED**, and the case will

be remanded for further administrative proceedings.

    3. Defendant's cross-motion for summary judgment (D.I. 14) is **DENIED.**

_____
United States District Judge